JS-6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOAQUIN FRAZIER, | ) | NO. ED CV 19-143-JGB(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| POLICE DEPT PALM SPRINGS, et al., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 30, 2019.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE